JS-6

FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KASSANDRA WOODS,<br><br>    Petitioner,<br><br>    v.<br><br>DEBORAH PATRICK, Warden,<br><br>    Respondent. | Case No. CV 07-5975-JSL (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 2/19/08

_J. Spencer Letts_
J. Spencer Letts
United States District Judge