**FILED**

FEB 19 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KASSANDRA WOODS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEBORAH PATRICK, Warden,<br><br>　　　　Respondent. | Case No. CV 07-5975-JSL (MLG)<br><br>ORDER ACCEPTING AND ADOPTING<br>FINDINGS AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files as well as the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

　　IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: 2/19/08

　　　　　　　　　　　　　　　　　　/s/ Spencer Letts
　　　　　　　　　　　　　　　　　　J. Spencer Letts
　　　　　　　　　　　　　　　　　　United States District Judge